IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE WESTERN DIVISION

UNITED STATES OF AMERICA,

vs.

WILLIE WOODS,

NO. 05-20056-MA

Filed in Open Court
4-21-05

## CONSENT ORDER SUBSTITUTING COUNSEL

COMES NOW the Parties by consent, and for good cause shown that Leslie Ballin, attorney of record for the Defendant, should be allowed to withdraw and that attorney James O. Marty, should be allowed to be enrolled as attorney of record for the Defendant in this cause.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED BY CONSENT that Leslie Ballin, attorney of record for Defendant be and is hereby authorized to withdraw from the cause and he is relieved from any further responsibilities herein; whereupon it is ordered by the Court that James O. Marty be allowed to be substituted as counsel for the Defendant in the above cause.

JUDGE
DATE: April 21, 2005

APPROVED AND CONSENTED TO BY:

Leslie Ballin, Esquire  BPR 5665
200 Jefferson Avenue, Suite 1250
Memphis, Tennessee 38103

James O. Marty, Esquire  BPR 7439
245 Exchange Avenue
Memphis, Tennessee 38105

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 4-27-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 31 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on April 27, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

James O. Marty
LAW OFFICE OF JAMES MARTY
236 Adams Ave.
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT