**FILED BY**

JUL 1 4 2005

Thomas M. Gould, Clerk
U. S. District Court
W. D. OF TN, Memphis

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

UNITED STATES OF AMERICA,       )      **FILED UNDER SEAL**
                                )
      Plaintiff,               )      CR. NO. 05-20056-Ma
                                )
vs.                             )
                                )
WILLIE ANDRA WOODS et al.,      )
                                )
      Defendants.              )

---

## ORDER SEALING SUPERSEDING INDICTMENT

---

Upon motion of the United States and for good cause shown, the superseding indictment against the above-named Defendant(s) is hereby ordered sealed until further order of the Court.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

DATE: _07-15-05_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7-2-05_

42

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 2, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT