IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY AG D.C.

2005 SEP -1 AM 9:31

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | CR. NO. 05-20056-Ma |
| vs. | ) | |
| WILLIE ANDRA WOODS, | ) | |
| TYRONE LANARD TERRY, | ) | |
| RONDAVIOUS ADAMS, | ) | |
| TERRELL BROWN, | ) | |
| GERRY BUNTYN, | ) | |
| AARON COBB, | ) | |
| DEMONE DICKERSON, | ) | |
| TERRY DICKERSON, | ) | |
| PATRICK DOUGLAS, | ) | |
| JESSE DREW, | ) | |
| MALLORY DREW, | ) | |
| TARIUS FREEMAN, | ) | |
| KOREY GRANDBERRY, | ) | |
| RONNIE HARRIS, | ) | |
| ANTHONY HERRON, | ) | |
| JERMAINE HOBSON, | ) | |
| MAURICE JACKSON, | ) | |
| RODNEY SHANELL JOHNSON, | ) | |
| DARRICK JONES, | ) | |
| LINARD LITTLE, | ) | |
| DEMETRIUS McGEE, | ) | |
| ASA McKINNIE, | ) | |
| MARCUS MELTON, | ) | |
| LIONEL MORTON, | ) | |
| MELVIN NEAL, | ) | |
| JOHN WEST NELSON JR., | ) | |
| DARRON OWENS, | ) | |
| JOHN ALONZO SHAW, | ) | |
| WENDELL IRVING SHIELDS, | ) | |
| TORWIN TERRY, | ) | |

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-7-05



JOHN FREDRICK THOMPSON,    )
ELMODEST TOWLES,           )
MICHAEL DEWAYNE TURNER,    )

## ORDER

The United States having requested that the Court unseal the Superseding Indictment, and the Court being satisfied that sealing is no longer necessary, it is hereby

ORDERED that all of the above document is UNSEALED.

Date: ~~August 31, 2005~~ September 1, 2005         _____
Memphis, Tennessee                                  UNITED STATES MAGISTRATE JUDGE

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 45 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 15, 2005 to the parties listed.

---

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT