IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY __/P4__ D.C.

05 SEP -2 PM 4: 19

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF T MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20056-Ma

WILLIE ANDRA WOODS, ET AL.,

    defendants.

---

ORDER GRANTING MOTION TO UNSEAL INDICTMENT

---

    Before the court is the government's September 1, 2005,
motion to unseal the superseding indictment in this matter.  For
good cause shown, the motion is granted.  The Clerk of Court is
instructed to unseal the superseding indictment in this case.

    It is so ORDERED this __2d__ day of September, 2005.

                          SAMUEL H. MAYS, JR.
                          UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on __9-9-05__

46

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in
case 2:05-CR-20056 was distributed by fax, mail, or direct printing on
September 15, 2005 to the parties listed.

---

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT