IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP -9 PM 4: 29

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR. NO. 05-20056-Ma |
| | ) | |
| vs. | ) | |
| | ) | |
| WILLIE ANDRA WOODS, et al., | ) | |
| | ) | |
| Defendants, | ) | |

ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Sealed Search Warrant and Title III Materials in Discovery, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the following documents may be provided to each of the defendants and their attorneys in *United States v. Willie Andra Woods, et al.*, Cr. No. 05-20056-Ma:

1. the search warrants and applications in Misc. Nos. 05-SW-100, 05-SW-101, 05-SW-102, 05-SW-103, 05-SW-104, 05-SW-105 and 05-SW-106 (W.D. Tenn.); and

2. the Title III applications, orders and affidavits in Misc. No. 04-WT-001 (W.D. Tenn.) dated November 3, 2004, and December 6, 2004, and in Misc. No. 05-WT-002 (W.D. Tenn.) dated May 18, 2005.

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently

This document entered on the docket sheet in compliance
with Rule 32(b) FRCrP on  9-16-05



under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her client.

Date: 9/8/05
Memphis, Tennessee

_____
United States District Court Judge

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 272 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Leonard Van Eaton
VAN EATON & ROSENBERG
1193 Madison Avenue
Memphis, TN 38104

Joseph S. Ozment
OZMENT COPELAND & HAYS
138 N. Third St.
2nd Floor
Mmephis, TN 38103

William C. Gosnell
LAW OFFICE OF WILLIAM C. GOSNELL
245 Exchange Ave.
Memphis, TN 38105

Kemper B. Durand
THOMASON HENDRIX HARVEY JOHNSON & MITCHELL
40 S. Main St.
Ste. 2900
Memphis, TN 38103--552

David W. Camp
LAW OFFICES OF DAVID CAMP, PLLC
403 N. Parkway
Jackson, TN 38305

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

John Priest Pritchard
PRITCHARD LAW FIRM
243 Exchange Avenue
Memphis, TN 38105

Jeffrey Jones
JONES LAW FIRM
6540 Stage
Bartlett, TN 38134

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Dewun R. Settle
LAW OFFICE OF DEWUN R. SETTLE
100 N. Main Bldg.
Ste. 3001
Memphis, TN 38103

Larry E. Fitzgerald
FITZGERALD & HARRIS
100 N. Main St.
Ste. 901
Memphis, TN 38103

Ross Sampson
GARRETT & ASSOCIATES
605 Poplar Ave.
Memphis, TN 38105

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

C. Michael Robbins
ROBBINS LAW OFFICE
40 S. Main St.
Ste. 1540
Memphis, TN 38103

Stephen R. Leffler
LEFFLER LAW OFFICE
707 Adams Ave.
Memphis, TN 38105

William C. Anderson
ANDERSON LAW FIRM
369 N. Main St.
Memphis, TN 38103

Ramsdale O'DeNeal
O'DeNEAL LAW FIRM
423 North Highland Ave.
Jackson, TN 38301

Michael G. Floyd
FLOYD LAW FIRM
2129 Winchester Rd.
Memphis, TN 38116

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Scottie O. Wilkes
KYLES & ASSOCIATES, PC
200 Jefferson Avenue
Ste. 850
Memphis, TN 38103

Stephen Farese
FARESE FARESE FARESE, PA
122 Church Street
P.O. Box 98
Ashland, MS 38603

Michael J. Stengel
STENGEL LAW FIRM
50 North Front Street
Ste. 850
Memphis, TN 38103--111

Juni S. Ganguli
LAW OFFICES OF JUNI GANGULI
40 S. Main Ave.
Ste. 1540
Memphis, TN 38103

Robert L. Parris
THE SCHOLL LAW FIRM
8 S. Third St.
Fourth Floor
Memphis, TN 38103--238

Handel R. Durham
DURHAM & ASSOCIATES
100 North Main St.
Ste. 2601
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Randall W. Pierce
WAMPLER & PIERCE
P.O. Box 3410
Memphis, TN 38173--041

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Marty B. McAfee
MCAFEE & MCAFEE
246 Adams Ave.
Memphis, TN 38103

Mark Mesler
ROSENBLUM & REISMAN
80 Monroe Ave.
Ste. 950
Memphis, TN 38103

Tim J. Thompson
LAW OFFICES OF TIM J. THOMPSON
140 N. Third Street
Memphis, TN 38103

T. Clifton Harviel
LAW OFFICE OF CLIFTON HARVIEL
50 N. Front St.
Ste. 850
Memphis, TN 38103

Brett B. Stein
FINLEY & STEIN
236 Adams Avenue
Memphis, TN 38103

Steffen G. Schreiner
LAW OFFICE OF STEFFEN G. SCHREINER
369 N. Main
Memphis, TN 38103

Lorna S. McClusky
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Samuel Mays
US DISTRICT COURT