IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 23 PM 3: 09

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA

VS                                          CR. NO. 05-20056-Ma

WILLIE ANDRA WOODS,

    Defendant.

ORDER ON CONTINUANCE AND SPECIFYING PERIOD OF EXCLUDABLE DELAY

This cause was set for trial on the October Criminal Rotation Docket. Counsel for the defendant filed a motion for continuance. The continuance is necessary to allow for additional preparation in the case.

The Court grants the motion and continues the trial date to November 7, 2005, at 9:30 a.m. with a report date of October 28, at 1:30 p.m.

The period through November 18, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 23d day of September, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-26-05

405

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 405 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 26, 2005 to the parties listed.

---

Blake Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT