IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 SEP 28 PM 3:01

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CR. NO. 05-20056-Ma |
| vs. | ) |
| WILLIE ANDRA WOODS, et al., | ) |
| Defendants, | ) |

## ORDER

Upon consideration of the Government's Motion to Allow Disclosure of Sealing Applications and Orders Pertaining to Title III Interceptions, it is hereby:

ORDERED, ADJUDGED AND DECREED that copies of the following documents may be provided to each of the defendants and their attorneys in *United States v. Willie Andra Woods, et al.*, Cr. No. 05-20056-Ma: the applications and orders pertaining to the sealing of recordings of intercepted conversations in Misc. No. 04-WT-001 (W.D. Tenn.) and Misc. No. 05-WT-002 (W.D. Tenn.).

IT IS FURTHER ORDERED that the above-mentioned documents and their contents shall not be discussed, disseminated or disclosed to anyone other than the named defendants and their counsel, or the staff of their counsel (full time secretaries and attorneys formally associated with the law firm), except upon the express authorization of this Court.

IT IS FURTHER ORDERED that the above-mentioned documents that are currently under seal shall remain sealed after the attorneys have been provided copies.

IT IS FURTHER ORDERED that any attorney receiving the above-described items is not to disclose any information therein other than to prepare for trial and for the defense of his/her

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-29-05___

4/34

client.

Date: 9/28/05
Memphis, Tennessee

_____
United States District Court Judge

APPROVED: _____
Thomas A. Colthurst
Assistant U.S. Attorney

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 434 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Honorable Samuel Mays
US DISTRICT COURT