IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.                                    NO. 05-20056-Ma

WILLIE ANDRE WOODS,

    Defendant.

---

ORDER GRANTING MOTION TO ALLOW DEFENDANT
TO LEAVE JURISDICTION

---

    Before the court is defendant's November 29, 2005, motion to be allowed to leave the Western District of Tennessee pursuant to a trial subpoena issued by the United States District Court for the Eastern District of Texas. Defendant has been subpoenaed to testify in a criminal trial in Sherman, Texas, on December 5, 2005, at 9:00 a.m. Counsel for the government does not object to defendant leaving this jurisdiction pursuant to the subpoena. For good cause shown, the motion is granted. Defendant Willie Andre Woods is allowed to leave the Western District of Tennessee in order to appear and testify at trial in Sherman, Texas, Eastern District of Texas, on December 5, 2005. Defendant will return to the Western District of Tennessee immediately upon the completion of his trial testimony.

    Defendant's travel and attendance at the trial will be under the supervision of the U. S. Attorney's office or their designated agents. Defendant's failure to appear at the trial in

Sherman, Texas, or to return to this jurisdiction may be grounds for an additional indictment and other criminal charges.

It is so ORDERED this **30th** day of November, 2005.

                                              SAMUEL H. MAYS, JR.  
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 526 in case 2:05-CR-20056 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Thomas A. Colthurst
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

James O. Marty
LAW OFFICE OF JAMES MARTY
245 Exchange Ave.
Memphis, TN 38105

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT